UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff,  )<br>           )<br>   v.        )<br>           )<br>27. ROBERT AVITABILE, )<br>   A/K/A "BOBBY,"  )<br>     Defendant.   )<br>           )<br>           )<br>           )<br>           )<br>           )<br>           )<br>           ) | **FILED *EX PARTE* AND UNDER SEAL**<br><br>Criminal No.: 19-10459-RWZ<br><br>Record Owner:<br>239 Sawyer Street Trust u/d/t<br>Trustee: Robert J. Avitabile<br><br>Property:<br>239 Sawyer Street<br>New Bedford, MA<br><br>South Bristol Registry of Deeds<br>Book 7539, Page 100 |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE, that on December 4, 2019, a federal grand jury sitting in the District of Massachusetts, returned a nine-count Indictment charging Robert Avitabile, a/k/a Bobby (the "Defendant"), among others, with Conspiracy to Conduct Enterprise Affairs Through A Pattern of Racketeering Activity, in violation of 18 U.S.C § 1962(d) (Count One); and Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846 (Count Two).[1]

The Indictment included a RICO Forfeiture Allegation, which provided notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 1963(a), upon conviction of the Defendant of the offense in violation of 18 U.S.C. § 1962, as set forth in Count One of the Indictment, of (a) any interest acquired or maintained in violation of 18 U.S.C. § 1962; (b) any

---

[1] The Defendant was only charged in Counts One and Two of the Indictment.

interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise established, operated, controlled, conducted, or participated in the conduct of, in violation of 18 U.S.C. § 1962; and (c) any property constituting, or derived from, any proceeds obtained, directly and indirectly, from racketeering activity or unlawful debt collection in violation of 18 U.S.C. § 1962.

The Indictment also included a Drug Forfeiture Allegation, which provided notice that the United States intended to seek forfeiture, pursuant to 21 U.S.C. § 853(a), upon conviction of the Defendant of the offense in violation of 18 U.S.C. § 846, set forth in Count Two of the Indictment, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

The following real property is subject to forfeiture to the United States:

a. the real property located at 239 Sawyer Street, New Bedford, Massachusetts, which is owned by 239 Sawyer Realty Trust u/d/t, Trustee: Robert J. Avitabile, including all buildings, appurtenances, and improvements thereon, more particularly described in a Quitclaim Deed recorded in Book 7539, Page 100 at the South Bristol Registry of Deeds.

                              Respectfully submitted,

                              ANDREW E. LELLING
                              United States Attorney

By:    */s/ Carol E. Head*
        PHILLIP MALLARD
        RACHEL E. GOLDSTEIN
        CAROL E. HEAD, B.B.O. # 652170
        Assistant United States Attorney
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: December 4, 2019        carol.head@usdoj.gov

COMMONWEALTH OF MASSACHUSETTS

## OATH

The undersigned Carol E. Head, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

Dated: December 4, 2019

Carol E. Head
Assistant United States Attorney

Then personally appeared the above-named Carol E. Head, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 4th day of DECEMBER, 2019.

NOTARY PUBLIC
My Commission expires:

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon. Further, there is a clear danger that the titled owners of the property, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

RYA W. ZOBEL
Senior United States District Judge

Dated: 12/5/19

3

