UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>27. ROBERT AVITABILE, )<br>A/K/A "BOBBY," )<br>Defendant. ) | **FILED _EX PARTE_ AND UNDER SEAL**<br><br>Criminal No.: 19-10459-RWZ |

## MOTION TO UNSEAL

The United States, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby moves to unseal the following documents:

1) United States' Motion to Seal dated December 4, 2019;

2) Motion for _Lis Pendens_ filed on December 4, 2019;

3) Motion for Restraining Order filed on December 4, 2019;

4) Memorandum of Law in Support of Motion for Restraining Order;

5) Proposed _Lis Pendens_;

6) Proposed Restraining Order;

7) _Lis Pendens_ issued on December 5, 2019;

8) Restraining Order issued on December 5, 2019; and

9) the herein Motion to Unseal.

As grounds, therefore, the United States submits that the documents above have been properly served and/or recorded. Accordingly, there is no longer a risk that disclosure of the documents could result in the alienation, dissipation, transfer, or assignment of the assets subject to forfeiture.

WHEREFORE, the United States respectfully requests that this Court unseal only the above-referenced documents.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Carol E. Head
PHILLIP MALLARD
RACHEL E. GOLDSTEIN
CAROL E. HEAD, B.B.O. # 652170
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: December 6, 2019

**SO ORDERED:**

_____
RYA W. ZOBEL
Senior United States District Judge

Dated: _____