UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 19-10459-AK |
| | ) |
| 27. ROBERT AVITABILE, | ) |
| A/K/A "BOBBY." | ) |
| Defendant. | ) |

**ORDER VACATING RESTRAINING ORDER**

**KELLEY, D.J.**

The United States of America, having petitioned this Court for an Order to Vacate the Restraining Order issued on December 6, 2019, and recorded with the Southern Bristol Registry of Deeds at Book 13032, Page 1, which restrained the following property, among others:

    a.    the real property located at 104 Tallman Street, New Bedford, Massachusetts, which is owned by A.M.A. Realty Trust u/d/t, Trustee: Robert J. Avitabile, including all buildings, appurtenances, and improvements thereon, more particularly described in a Corrective Deed recorded in Book 10311, Page 163 at the South Bristol Registry of Deeds (the "104 Tallman Street Property")[1]

and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Restraining Order shall be vacated as to the above 104 Tallman Street Property, thereby releasing the United States' interest in and to the 104 Tallman Street Property.

---

[1] The Restraining Order issued by this Court initially restrained four real properties, including the 104 Tallman Street Property. Subsequently, the Court issued Amended Restraining Orders, releasing the 585 Elm Street, New Bedford, Massachusetts property from the initial Restraining Order, on February 23, 2022 (see Docket No. 2386); releasing the 358 North Front Street, New Bedford, Massachusetts property from the initial Restraining Order, on October 5, 2023 (see Docket No. 2917); and releasing the 239 Sawyer Street, New Bedford, Massachusetts property from the initial Restraining Order, on September 16, 2024 (see Docket No. 3175), and therefore, the only property remaining restrained pursuant to the initial Restraining Order (Docket No. 45) is the 104 Tallman Street Property.

DONE AND ORDERED in Boston, Massachusetts, this 25th day of  September , 2024.

          /s/ Angel Kelley
ANGEL KELLEY
United States District Judge