UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>27. ROBERT AVITABILE, )<br>   A/K/A "BOBBY," )<br>         Defendant. ) | Criminal No.: 19-10459-AK |

**FINAL ORDER OF FORFEITURE**

**KELLEY, D.J.**

WHEREAS, on February 28, 2025, in connection with the case against the defendant Robert Avitabile, a/k/a "Bobby" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against $236,045.96[1] in United States Currency, representing the proceeds of the sale of the real property located at 239 Sawyer Street, New Bedford, MA (the "Currency"), pursuant to 18 U.S.C. § 1963, 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;[2]

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on March 04, 2025 and ending on April 02, 2025; and

---

[1] The Preliminary Order of Forfeiture incorrectly identified the amount to be forfeited from the Defendant as $236,045.93; however, the actual amount turned over by the Defendant to the United States to be forfeited was $236,045.96.

[2] The Court issued a Final Order of Forfeiture against $33,954.07 in United States currency, representing the proceeds of the sale of the real property located at 585 Elm Street, New Bedford, MA on February 16, 2023 (*see* Docket No. 2751).  In addition, the Court issued a Final Order of Forfeiture against $150,000 in United States currency, representing the proceeds of the sale of the real property located at 358 North Front Street, New Bedford, MA on June 25, 2024 (*see* Docket No. 3113), the Defendant's $420,000 forfeiture money judgment has been credited with both the $33,954.07 in United States currency and the $150,000 in United States currency. Currently, the balance of the Defendant's outstanding forfeiture money judgment is $236,045.93.

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 1963, 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Currency are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Currency in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated: 8/25/2025

/s/ Angel Kelley
ANGEL KELLEY
United States District Judge